# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | ED CV 11-1214 PA (JEMx) | Date | August 19, 2011 |
|---|---|---|---|
| Title | Adrienne Janis v. Health Net, Inc. of California, et al. | | |

| Present: The Honorable | PERCY ANDERSON, UNITED STATES DISTRICT JUDGE | |
|---|---|---|
| Paul Songco | N/A | N/A |
| Deputy Clerk | Court Reporter | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| None | None |

**Proceedings:**   IN CHAMBERS—ORDER TO SHOW CAUSE

Before the Court is a Complaint filed by plaintiff Adrienne Janis ("Plaintiff"). The Complaint alleges claims for violation of the Confidentiality of Medical Information Act, invasion of privacy, violation of the Civil Code for failure to provide reasonable security procedures, breach of state security notification laws, and violation of California Business and Professions Code § 17200, et seq. Plaintiff's claims, which have been brought against Health Net, Inc. and Health Net, Inc. of California, arise out of the defendants' loss of server drives from a data processing center in Rancho Cordova, California.

The Court orders the parties to show cause, in writing not to exceed 15 pages, why this action should not be transferred to the United States District Court for the Eastern District of California for the convenience of the parties and witnesses, and in the interests of justice. See 28 U.S.C. §§ 124(a), 1404(a). All factual matters relied upon in the parties' submissions must be supported by appropriate declarations and admissible evidence. To assist the Court in determining whether transfer is appropriate and in the interest of justice, the parties are directed to address the following, in addition to sharing their beliefs as to which forum is more convenient for the parties and witnesses:

1. Whether this action could have been brought in the Eastern District;

2. Whether venue is appropriate in the Eastern District;

3. What contacts, if any, each of the parties has to the Central District of California ("Central District") and to the Eastern District. The parties should include information regarding the location of their administrative offices, real property, sources of revenue, and points of public contact;

4. What connection Plaintiff's causes of action have to the Central District and to the Eastern District;

5. Which witnesses are expected to be called and where they reside;

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

| Case No. | ED CV 11-1214 PA (JEMx) | Date | August 19, 2011 |
|---|---|---|---|
| Title | Adrienne Janis v. Health Net, Inc. of California, et al. | | |

6. The availability of compulsory process to compel attendance of unwilling non-party witnesses in the Central District as compared to the Eastern District.

7. The ease of access to sources of proof in each of the two forums;

8. The expected difference in the cost of litigation in the Central District as compared to the Eastern District; and

9. Whether there are any alternative forums, other than the Central District or the Eastern District, that would be more convenient for this action and why, keeping in mind the inquiries above.

Plaintiff is ordered to file her response no later than August 26, 2011. Defendants Health Net, Inc. and Health Net, Inc. of California may file their responses no later than September 2, 2011. Failure to timely respond to this order to show cause may result in the imposition of sanctions.

IT IS SO ORDERED.